IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ALONZO COTTON, SR., )
)
        Petitioner, )
)
v. ) Civil Action No. 15-826
)
KIMBERLY BRAKLEY, Pennsylvania Board )
of Probation and Parole, et al., )
)
        Respondents )

## ORDER

AND NOW, this \_\_\_5th\_\_\_ day of January, 2016, after the Petitioner, Alonzo Cotton, Sr., filed a Petition for a Writ of Habeas Corpus, and after a Report and Recommendation [ECF 17] was filed by United States Magistrate Judge Robert C. Mitchell granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the petition and the record and upon consideration of the Magistrate Judge's Report and Recommendation [ECF 17], which is adopted as the Opinion of this Court,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition for a Writ of Habeas Corpus filed by Petitioner Alonzo Cotton, Sr. [ECF 1] is DISMISSED and, because reasonable jurists could not conclude that a basis for appeal exists, a certificate of appealability is DENIED.

IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the Petitioner desires to appeal from

this Order he must do so within thirty (30) days by filing a Notice of Appeal as provided in Rule 3, Fed. R. App. P.

                                                        */s/ Maurice B. Cohill, Jr.*
                                                        Maurice B. Cohill, Jr.
                                                        Senior United States District Judge

cc:    Alonzo Cotton, Sr.
        KJ-0654
        S.C.I. Greene
        175 Progress Drive
        Waynesburg, PA 15370